No. 1555, Misc. WILLIAMS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. Petitioner *pro se. John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

No. 1576, Misc. LLANES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 1595, Misc. HELICZER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1626, Misc. POWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1635, Misc. WALKER *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. *James R. Walker, Jr., pro se,* and *Samuel S. Mitchell* and *Romallus O. Murphy* for petitioner. *Thomas Wade Bruton,* Attorney General, for respondent State of North Carolina.

No. 1637, Misc. SIRES *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 1641, Misc. WHITE *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied.